UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JACQUELINE L. POSEY, | ) | CASE NO. C04-2168-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER RE: PLAINTIFF'S MOTION |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | FOR AN AWARD OF ATTORNEY'S FEES |
| | ) | |
| Defendant. | ) | |

Plaintiff filed documents in support of an award of $22,818.45 in attorney's fees under 42 U.S.C. § 406(b). (Dkt. 28.) Defendant offered no objection to the request provided that plaintiff's counsel agrees to remit to plaintiff a $8366.55 award previously received under the Equal Access to Justice Act (EAJA). (Dkt. 30.) In reply, plaintiff objects to defendant's response as untimely[1] and clarifies that the total amount sought already takes into account the previous EAJA award, as well as an award for administrative fees. (Dkt. 31.)

The Court finds itself unable to rule upon plaintiff's request for attorney's fees at this time.

---

[1] This contention is not well taken given that, among other things, plaintiff failed to properly note the motion in accordance with Local Civil Rule 7(d)(3).

ORDER RE: PLAINTIFF'S MOTION FOR
AN AWARD OF ATTORNEY'S FEES
PAGE -1

Plaintiff refers in the reply to the content of the motion for attorney's fees. (*See* Dkt. 31 at 2.) However, a review of the docket in this case reveals two entries of a declaration in support of plaintiff's motion for attorney's fees, with no corresponding motion. (*See* Dkt. 28.) The Court requires a copy of the actual motion from plaintiff in order to rule on the request. In addition, the Court is unable to determine from the documents now before the Court the basis for either plaintiff's request or defendant's qualified response. The Court, therefore, also requires additional explanation of the parties' positions before ruling on this request. In particular, plaintiff should submit an itemization of time spent and a description of services rendered. Defendant should specify which time entries or services are objected to and, if the requested hourly rate is disputed, should suggest a rate that is reasonable.

It is therefore ORDERED:

(1) Plaintiff shall renew the motion for attorney's fees with all necessary documents and information on or before **June 1, 2006.** Defendant shall submit a response no later than **June 12, 2006.** Plaintiff may file a reply no later than **June 16, 2006** and plaintiff's motion is hereby renoted for consideration as of that date.

(2) The Clerk shall send copies of this Order to the parties and to the Hon. Robert S. Lasnik.

DATED this 23rd day of May, 2006.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: PLAINTIFF'S MOTION FOR
AN AWARD OF ATTORNEY'S FEES
PAGE -2