UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JACQUELINE L. POSEY, | ) | CASE NO. C04-2168-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF'S |
| JO ANNE B. BARNHART, Commissioner of Social Security | ) | MOTION FOR ATTORNEY'S FEES |
| Defendant. | ) | |

Plaintiff filed a motion for attorney's fees under 42 U.S.C. § 406(b). (Dkt. 33.) Defendant does not object to plaintiff's request. (Dkt. 34.)  Having considered plaintiff's motion and the accompanying documents, it is hereby ORDERED that:

(1) Plaintiff's counsel is awarded a reasonable contingent attorney fee of $36,485.00, less counsel's prior Equal Access to Justice Act award of $8366.55, and less an administrative award of $5300.00, for a total attorney fee award of **$22,818.45**.

(2) Defendant will release the attorney fee and plaintiff's past due benefits within **thirty days (30)** of the date of this Order.

ORDER GRANTING PLAINTIFF'S
MOTION FOR ATTORNEY'S FEES
PAGE -1

(3) The Clerk shall send copies of this Order to the parties and to the Hon. Mary Alice Theiler.

DATED this 8th day of June, 2006.

*signature*
Robert S. Lasnik
United States District Judge

Recommended for entry this
7th day of June, 2006

s/ Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR ATTORNEY'S FEES
PAGE -2